

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = asian booty
Search Results: Displaying 1 of 5 entries



### *ASIAN BOOTY.*

        **Type of Work:** Motion Picture
        **Registration Number / Date:** PA0001705826 / 2010-09-22
        **Application Title:** ASIAN BOOTY.
        **Title:** ASIAN BOOTY.
        **Description:** Videodisc (DVD)
        **Copyright Claimant:** PATRICK COLLINS, INC. Address: 8015 Deering Ave., Canoga Park, CA, 91304, United States.
        **Date of Creation:** 2010
        **Date of Publication:** 2010-06-06
        **Nation of First Publication:** United States
        **Authorship on Application:** PATRICK COLLINS, INC., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
        **Names:** PATRICK COLLINS, INC.



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

## EXHIBIT B