EXHIBIT D

File  Transfers  View  Tools  Plugins  Help

My Torrents | Options | Statistics | Console ⊠

```
[6:10:51] Established outgoing connection with L:84.183.209.60:6882 []
[6:10:51] Creating outgoing connection to 84.183.209.60:6882
[6:10:51] Received [BT_HAVE] piece #744] message from L:130.96.235.221:6897] [BitTornado 0.3.7]
[6:10:51] Received [BT_HAVE] piece #746] message from L:70.48.105.26:688] [Azureus 4.2.0]
[6:10:51] Sent [BT_PIECE] data for #1445 98304->106496] message to L:70.48.105.26:688] [Azureus 4.2.0]
[6:10:51] Sent [BT_PIECE] data for #1445 81920->98304] message to L:70.48.105.26:688] [Azureus 4.2.0]
[6:10:51] Received [BT_REQUEST] piece #1445 114687] message from L:70.48.105.26:688] [Azureus 2.3.0.6]
[6:10:51] Received [BT_REQUEST] piece #1445 98304->114687] message from L:70.48.105.26:688] [Azureus 2.3.0.6]
[6:10:51] Sent [BT_PIECE] data for #1552 45760->62143] message to L:69.157.156:688] [Azureus 2.3.0.7_B3]
[6:10:51] Sent [BT_PIECE] data for #1552 29360->45760] message to L:69.157.156:688] [Azureus 2.3.0.7_B3]
[6:10:51] Received [BT_HAVE] piece #722] message from L:80.127.66.20:1503] [BitTornado 0.3.10]
[6:10:51] DiskCache cache full/flushed [11:41312] from D:/Program Files/Azureus/downloads/debian-31r0a-i386-binary-1.iso
[6:10:51] DiskScope cr->310344:rw->2261674,fw->2261574,fw->2175574
[6:10:51] Sent [BT_PIECE] data for #2619 196608->212990] message to L:66.60.29.24:688] [Mainline 4.0.2]
[6:10:51] Sent [BT_REQUEST] piece #3652 114590->131074] message to L:66.60.29.24:688] [Mainline 4.0.2]
[6:10:51] Sent [BT_REQUEST] piece #3652 131072->147455] message to L:66.60.29.24:688] [Mainline 4.0.2]
[6:10:51] Sent [BT_PIECE] data for #2619 212990->229375] message to L:66.60.29.24:688] [Mainline 4.0.2]
[6:10:51] Received [AZ_PEER_EXCHANGE] for info hash 0FEB4A15F959FCC91DC274265SD242A8A120362 with 2 added and 3 dropped peers] message
[6:10:51] Received [BT_HAVE] piece #1521] message from ...
[6:10:51] Sent [BT_PIECE] data for #3652 163840->180223] message to L:80.102.145.95:688] [ABC 2.6.9]
[6:10:51] Sent [BT_PIECE] data for #3652 180224->196607] message to L:80.102.145.95:688] [ABC 2.6.9]
[6:10:51] Received [BT_HAVE] piece #1140] message from L:80.102.145.95:688] [ABC 2.6.9]
[6:10:51] Received [AZ_PEER_EXCHANGE] for info hash 0FEB4A15F959FCC91DC274265SD242A8A120362 with 0 added and 2 dropped peers] message
```