UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK COLLINS, INC.,

       Plaintiff,                         CIVIL ACTION NO. 11-15237

v.                                  DISTRICT JUDGE MARK A. GOLDSMITH

JOHN DOES 1-27,                  MAGISTRATE JUDGE MARK A. RANDON

       Defendants.
_____/

## ORDER DENYING DOE DEFENDANTS' MOTIONS TO QUASH SUBPOENAS (DKT. NOS 5, 6)

Before the Court are two motions to quash subpoenas issued to Jimmy T. and Tanesha W.'s (Doe Defendants) Internet Service Providers "ISP" (Dkt. Nos. 5, 6). The subpoenas seek Doe Defendants' names and addresses. Both Doe Defendants were notified of the May 17, 2012 hearing date; only Jimmy T. appeared.

As stated on the record, Doe Defendants failed to provide a basis under Federal Rule of Civil Procedure 45 to quash the subpoenas. Instead, both Doe Defendants raise potentially valid defenses that may be asserted if Plaintiff amends the case to include them by name. Therefore,

**IT IS ORDERED** that the motions to quash the subpoenas (Dkt. Nos. 5, 6) ARE **DENIED**.

                                                 s/Mark A. Randon
                                                 MARK A. RANDON
                                                 UNITED STATES MAGISTRATE JUDGE

May 17, 2012

*CERTIFICATE OF SERVICE*

*I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 17, 2012.*

                                                 *s/Melody R. Miles*
                                                 *Case Manager to Magistrate Judge Mark A. Randon*
                                                 *(313) 234-5542*